AO 450 (Rev.5/85) Judgment in a Civil Case

# United States District Court

District of Utah

Stephen P. Kelly,

Plaintiff,

v.

Kay Burningham and Laura A. Gaddy,

Defendants.

**JUDGMENT IN A CIVIL CASE**

Case Number: 2:20-cv-00351-HCN-JCB

IT IS ORDERED AND ADJUDGED

That this action is dismissed with prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

October 16, 2020

*Date*

BY THE COURT:

Howard C. Nielson, Jr.
United States District Judge